IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR91 |
| v. | |
| MAXIMO CARLOS VELASQUEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 32). The defendant is currently in inpatient treatment. Counsel needs additional time to make attempts to find a mutually acceptable resolution short of going to trial. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 32) is granted as follows:

1. The jury trial now set for October 7, 2024, is continued to **November 18, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 18, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 4th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge