IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMO VELASQUEZ,<br><br>Defendant. | 8:24CR91<br>8:12CR48<br><br>ORDER |

This matter is before the Court on defendant Maximo Velasquez's Motion to Extend Self-Surrender Date (Filing No. 58 in 8:24CR91 and Filing No. 84 in 8:12CR48).

IT IS ORDERED:

1. Defendant Maximo Velasquez's Motion to Extend Self-Surrender Date (Filing No. 58 in 8:24CR91 and Filing No. 84 in 8:12CR48) is granted in part.

2. Defendant shall report no earlier than 1:00 p.m. on Monday, November 17, 2025, to the institution designated by the U.S. Bureau of Prisons.

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 9th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge